UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D-P)
FOR PRO SE APPELLANTS

A PRO SE APPELLANT MUST FILE THE ORIGINAL OF THIS FORM WITH THE CLERK OF THE SECOND CIRCUIT IN ALL CIVIL APPEALS WITHIN 14 CALENDAR DAYS AFTER FILING A NOTICE OF APPEAL.

| THIS SECTION MUST BE COMPLETED BY APPELLANT | | |
|---|---|---|
| CASE TITLE<br>Smith v Ebanks | DISTRICT Eastern District | DOCKET NUMBER 24-1097 |
| | JUDGE Eric Komitee | APPELLANT |
| | COURT REPORTER | PRO SE APPELLANT<br>Ahtwana Smith |

| Check the applicable provision: | PROVIDE A DESCRIPTION, INCLUDING DATES, OF THE PROCEEDINGS FOR WHICH A TRANSCRIPT IS REQUIRED (*i.e.*, oral argument, order from the bench, etc.) |
|---|---|
| ☑ I am ordering a transcript. | All submissions in case from October 2023 to 4-22-2024, in lower court Eastern District of NY. and affidavit sworn from Lakuan Ebanks and Natasha Blandford Roc Nation's Declaration submitted to lower court |
| ☐ I am not ordering a transcript. | |
| Reason for not ordering a transcript: | |
| ☐ Copy is already available | |
| ☐ No transcribed proceedings | |
| ☐ Other (Specify in the space below): | |
| | METHOD OF PAYMENT  ☑ Funds  ☐ CJA Voucher (CJA 21) |

| INSTRUCTIONS TO COURT REPORTER: | DELIVER TRANSCRIPT TO: (APPELLANT'S NAME, ADDRESS, TELEPHONE) |
|---|---|
| ☐ PREPARE TRANSCRIPT OF PRE-TRIAL PROCEEDINGS | Ahtwana Marie Smith<br>1470 Eastern Parkway Apt 3C<br>Brooklyn NY 11233<br>929-318-3478 |
| ☐ PREPARE TRANSCRIPT OF TRIAL | |
| ☑ PREPARE TRANSCRIPT OF OTHER POST-TRIAL PROCEEDINGS | |
| ☐ OTHER (Specify in the space below): | |

If a transcript is ordered, I certify that I have sent this form to the court reporter and have made satisfactory arrangements with the court reporter for payment of the cost of the transcript. *See* FRAP 10(b). I understand that unless I have already ordered the transcript, I shall order its preparation at the time required by FRAP and the Local Rules.

| APPELLANT'S SIGNATURE<br>Ahtwana Marie Smith | DATE<br>6-4-2024 |
|---|---|

COURT REPORTER ACKNOWLEDGMENT: This section is to be completed by the court reporter. Return one copy to the Clerk of the Second Circuit.

| DATE ORDER RECEIVED | ESTIMATED COMPLETION DATE | ESTIMATED NUMBER OF PAGES |
|---|---|---|
| SIGNATURE OF COURT REPORTER | | DATE |

Revised June, 2017

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

**Smith**

v.

**Ebanks**

CERTIFICATE OF SERVICE*

Docket Number: **24-1097**

I, **Ahtwana Marie Smith**, hereby certify under penalty of perjury that
(print name)

on **6-4-2024**, I served a copy of **Appeal, DP Form, Transcript Request, Affidavit accompanying**
(date)

motion for permission to appeal in Forma Pauperis, STATMENTS under Rule 24.1, **Motion for more time to serve in the event service is not proper** (list all documents)

by (select all applicable)**

___ Personal Delivery        **yes** United States Mail        ___ Federal Express or other Overnight Courier

___ Commercial Carrier        ___ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| John P. Sandercock | 100 Wall Street | NY | NY | 10005 |
| Andrew S. Black | 26 Court Street Suite 1710 | NY | NY | 11242 |
| John Patrick Kennedy | 599 Lexington Ave | NY | NY | 10022 |
| Richard Granofsky | 100 Wall Street 27TH FLOOR | NY | NY | 10005 |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

**6-4-2024**
Today's Date

Signature

Certificate of Service Form (Last Revised 12/2015)

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Ahtwana Marie Smith

**CERTIFICATE OF SERVICE***

Docket Number: 24-1097

v.

Lakuan Ebanks

I, **Ahtwana Marie Smith**, hereby certify under penalty of perjury that
(print name)

on **May 31st 2024**, I served a copy of **Motion, DP, Appeal, statement for rule 24.1**
(date)

Affidavit Accompanying Motion for permission to appeal in Forma Pauperis, Acknowledgement and Notice of Appearance

(list all documents)

by (select all applicable)**

___ Personal Delivery       **yes** United States Mail       ___ Federal Express or other Overnight Courier

___ Commercial Carrier      ___ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Michelle Smalls | 5B Putnam Street Lodi, New Jersey 07644 | Lodi | NJ | 07644 |
| Damon Dash | 13547 Ventura Blvd Sherman Oaks, CA 91423 | Sherman | C.A | 91423 |
| Sean Combs | 2 West Star Island Drive Miami Beach, Florida 33139 | Miami | FL. | 33139 |
| Kareem Ebanks | 40 Clarksburg Road Mill | M.T | NJ | 08510 |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

5-31-2024                                    Ahtwana Marie Smith
Today's Date                                  Signature

Certificate of Service Form (Last Revised 12/2015)

## UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

**Smith**
_____

CERTIFICATE OF SERVICE*

Docket Number: **24-1097**

v.

**Ebanks**
_____

I, **Ahtwana Marie Smith**_____, hereby certify under penalty of perjury that
(print name)

on **6-4-2024**_____, I served a copy of _____Appeal, DP Form, Transcript Request, Affidavit accompanying
(date)

motion for permission to appeal in Forma Pauperis, STATMENTS under Rule 24.1

(list all documents)

by (select all applicable)**

___ Personal Delivery      (yes) United States Mail      ___ Federal Express or other Overnight Courier

___ Commercial Carrier     ___ E-Mail (on consent)

on the following parties:

| Michelle Smalls | 5b Putnam | Lodi | NJ | 07644 |
|---|---|---|---|---|
| Name | Address | City | State | Zip Code |
| Damon Dash | 13547 Ventura Blvd | Sherman Oaks | CA | 91423 |
| Name | Address | City | State | Zip Code |
| Sean Combs | 2 West Island Drive | Miami | FL | 33139 |
| Name | Address | City | State | Zip Code |
| Kareem Ebanks | 40 Clarksburg | MT | NJ | 08510 |
| Name | Address | City | State | Zip Code |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

**6-4-2024**
Today's Date

_Ahtwana Marie Smith_ (signature)
Signature

Certificate of Service Form (Last Revised 12/2015)

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Smith
_____

CERTIFICATE OF SERVICE*

Docket Number: __24-1097__

v.

Ebanks
_____

I, __Ahtwana Marie Smith_____, hereby certify under penalty of perjury that
 (print name)

on __6-4-2024_____, I served a copy of __DP, transcript request, affidavit accompanying motion for permission to appeal on Forma Pauperis,__
 (date)
Acknowledgment and Notice of Appearance, rule 24.1 statement
_____
(list all documents)

by (select all applicable)**

___ Personal Delivery    _yes_ United States Mail (circled)    ___ Federal Express or other Overnight Courier

___ Commercial Carrier    ___ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Zachary Kaye | 599 Lexington Ave 22nd Floor | NY, | NY | 10019 |
| Onika Maraj | 5510 Jed Smith Road | Hidden Hills, | NY | 91302 |
| Mendeecee Harris | 307 Summer Garden Drive | Marietta, | GA | 30064 |
| Robert Williams | 1675 Broadway | NY | NY | 10019 |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

6-4-2024
Today's Date

_Ahtwana Marie Smith_ (signature)
Signature

Certificate of Service Form (Last Revised 12/2015)

## UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Ahtwana Marie Smith

**CERTIFICATE OF SERVICE***

Docket Number: 24-1097

v.

Lakuan Ebanks

I, __Ahtwana Marie Smith__, hereby certify under penalty of perjury that
(print name)

on __May 31st 2024__, I served a copy of __Motion, DP, Appeal, statement for rule 24.1__
(date)

Affidavit Accompanying Motion for permission to appeal in Forma Pauperis, Acknowledgement and Notice of Appearance

(list all documents)

by (select all applicable)**

___ Personal Delivery         yes_ United States Mail         ___ Federal Express or other Overnight Courier

___ Commercial Carrier        ___ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| John P. Sandercock | 100 Wall Street | NY, | NY | 10005 |
| Andrew S. Black | 26 Court Street Suite 1710 | Brooklyn, | New York | 11242 |
| John Kennedy | 599 Lexington Ave | NYC | NYS | 10022 |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

5-31-2024                                    Ahtwana Marie Smith
Today's Date                                 Signature

Certificate of Service Form (Last Revised 12/2015)

24 JUN -4 PM 11:55

APPEALS
CIRCUIT
DEPOSITORY

PM 11:55

APPEALS
CIRCUIT
DEPOSITORY

USDC SDNY

United States Court of Appeals
For The Second Circuit
40 Foley Square
New York, New York 10007